IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NICHOLAS B. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF JOHN T. WELCHER; and<br>OFFICER S. BOLES,<br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-67 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 17.) Plaintiff did not file Objections to the Report and Recommendation. In fact, this Court's mailing was returned as undeliverable. (Doc. 19.) Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's cause of action for failure to follow this Court's Orders and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 11th day of February, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA